```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BLUEPRINT CAPITAL HOLDINGS, LLC              :
 a Florida limited liability company,        :
                                Plaintiff,   :
                -against-                    :
                                             :
ROC NATION LLC, A DELAWARE LIMITED           :
LIABILITY COMPANY; UNANIMOUS                 :
GAMES, LLC, A NEW YORK LIMITED               :
LIABILITY COMPANY; AND BRIANT BIGGS,         :
AN INDIVIDUAL,                               :
                                Defendants.  :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/21

21-cv-6705 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff filed proposed certificates of default as to Defendant ROC Nation, LLC and Defendant Unanimous Games, LLC on September 21, 2021, the day after Defendants' answers were due (Dkts. 13–14);

WHEREAS the Clerk of Court entered certificates of default for both of those Defendants that same day (Dkts. 17–18);

WHEREAS Defendants filed a motion to set aside the certificates of default on October 6, 2021 (Dkt. 21);

WHEREAS Defendants state that their failure to appear was due to a "miscommunication" (Defs. Mem. at 2–3, Dkt. 22); and

WHEREAS Plaintiff failed to follow the explicit steps in Attachment A of the Court's Individual Practices in Civil Cases to pursue default judgment;

IT IS HEREBY ORDERED that the Clerk of Court is respectfully directed to vacate the certificates of default as to Defendant ROC Nation, LLC and Defendant Unanimous Games, LLC and close the open motion at Docket 21.

IT IS FURTHER ORDERED that Defendants must respond to Plaintiff's complaint not later than **November 29, 2021**.

**SO ORDERED.**

Date: October 13, 2021
New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**